| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Bijal V. Vakil (SBN 192878) <br> bvakil@whitecase.com <br> WHITE & CASE, LLP <br> 3000 El Camino Real <br> 5 Palo Alto Square, 9th Floor <br> Palo Alto, CA 94306 <br> Telephone: (650) 213-0303 <br> Fax: (650) 213-8158 | |
| ATTORNEY(S) FOR: Micro-Star, Int'l, Co, Ltd & MSI Computer Corp | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KINGLITE HOLDINGS INC. <br><br> Plaintiff(s), <br><br> v. <br><br> MICRO-STAR INTERNATIONAL CO., LTD, and MSI COMPUTER CORP., <br> Document Relates to CV 14-03009 JVS (PJWx) <br><br> Defendant(s) | CASE NUMBER: <br><br> CV 14-03009 JVS (PJWx) Cons. with CV 14-04989 JVS <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Micro-Star International, Co., Ltd, & MSI Computer Corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kinglite Holdings, Inc. | Plaintiff and Counterclaim Defendant |
| Micro-Star International, Co., Ltd. | Defendant and Counterclaim Plaintiff |
| MSI Computer Corporation | Defendant and Counterclaim Plaintiff |
| American Megatrends, Inc. | Proposed Intervening Defendant and Counterclaim Plaintiff, and supplier of AMI BIOS technology incorporated into certain Accused Product. |

9/10/2014
Date

/s/ Bijal V. Vakil
Signature

Attorney of record for (or name of party appearing in pro per):

Micro-Star International, Co., Ltd.& MSI Computer Corporation